UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN VERNARD CLEVELAND,<br><br>    Petitioner,<br><br>    v.<br><br>L. MARTINEZ,<br><br>    Respondent. | Case No. 23-cv-00093-VC<br><br>**ORDER OF DISMISSAL**<br>Re: Dkt. Nos. 2, 3 |

    This case was opened when Ivan Vernard Cleveland filed a petition for writ of habeas corpus. Dkt. No. 1. Petitioner was sent a notice that he had not paid the filing fee or applied for leave to proceed in forma pauperis (IFP) and was allowed twenty-eight days to pay the fee or file the application. A copy of the court's form for applications to proceed IFP was provided with the notice. Twenty-eight days have passed, and Cleveland has not filed an IFP application, or otherwise communicated with the court. This case is therefore DISMISSED without prejudice.

    The Clerk is directed to terminate all pending motions.

    **IT IS SO ORDERED.**

Dated: May 16, 2023

_____
VINCE CHHABRIA
United States District Judge